```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| R.G., by and through his parent, M.W. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHICHESTER SCHOOL DISTRICT, et al. | : | NO. 24-5333 |

## ORDER

AND NOW, this 13th day of February, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant Jaclyn Schloegel to dismiss plaintiff's punitive damages claims and state-law claims for failure to state a claim is DENIED; and

(2)  The motion of defendant Chichester School District to dismiss plaintiff's punitive damages claims and state-law claims is DENIED as moot, as plaintiff has not sought punitive damages against the School District and has agreed to withdraw the state-law claims against it.

BY THE COURT:

/s/  Harvey Bartle III
                         J.